IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| | : CRIMINAL ACTION NO. |
| v. | : 1:15-cr-0272-AT-2 |
| BRANDI JACKSON, | : |
| Defendant. | : |

## ORDER

This matter is before the Court on the Magistrate Judge's Report and Recommendation as to Defendant Brandi Jackson's motions to suppress evidence and statements [Doc. 83]. Defendant seeks to suppress evidence of the gun powder residue test and statements made at the holding station in response to questions from law enforcement. The Magistrate Judge determined that there was no probable cause for Defendant's arrest, and since her arrest and detention were unlawful, that the evidence and statements should be suppressed.

The Court notes that no objections have been filed in response to the Magistrate's Report and Recommendation. Therefore, in accordance with 28 U.S.C. § 636(b)(1) and Rule 59 of the Federal Rules of Criminal Procedure, the Court has reviewed the Magistrate Judge's Recommendation for clear error and

finds none. Accordingly, the Court receives the Magistrate Judge's Report and Recommendation with approval and hereby **ADOPTS** the Report and Recommendation as the opinion of this Court. For the reasons stated in the Magistrate Judge's Report and Recommendation, the Court **GRANTS** Defendant Jacksons's motions to suppress evidence and statements [Docs. 37, 38].

It is so **ORDERED** this 4th day of August, 2016.

Amy Totenberg
United States District Judge